AKIN GUMP STRAUSS HAUER & FELD LLP
JOHN V. JANSONIUS (*PRO HAC VICE*)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone:     214-969-2800
Facsimile:     214-969-4343

AKIN GUMP STRAUSS HAUER & FELD LLP
HEATHER BURROR (SBN 205803)
580 California Street, Suite 1500
San Francisco, California 94101
Telephone:     415-765-9500
Facsimile:     415-765-9501

Attorneys for Plaintiffs
PATRIOT AMERICAN HOSPITALITY, INC. and
WYNDHAM INTERNATIONAL OPERATING
PARTNERSHIP, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRIOT AMERICAN HOSPITALITY, INC. and WYNDHAM INTERNATIONAL OPERATING PARTNERSHIP, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> LOTUS HOSPITALITY, INC., F/K/A PRIME LODGING, INC., <br><br> Defendants. | Case No. C 05 3716 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE EARLY NEUTRAL EVALUATION** |

    WHEREAS, Plaintiffs Patriot American Hospitality, Inc. and Wyndham International Operating Partnership, L.P. filed this action on September 14, 2005 (the "Action");

    WHEREAS, the Action was referred to Early Neutral Evaluation on December 16, 2005, to be completed within 90 days in accordance with the local rules;

    WHEREAS, the Action was assigned to Evaluator R. Elaine Leitner on January 13, 2006; and

    WHEREAS, an Early Neutral Evaluation is now scheduled in this Action for April 6, 2006.

NOW, THEREFORE, the parties hereby stipulate and agree to extend the deadline to complete the Early Neutral Evaluation until April 7, 2006.

Dated: February 2, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/
Heather Burror

Attorneys for Plaintiff
PATRIOT AMERICAN HOSPITALITY, INC. and WYNDHAM INTERNATIONAL OPERATING PARTNERSHIP, L.P.

Dated: February 2, 2006

JORDAN LAW GROUP

By /s/
Daniel A. Croley

Attorneys for Defendant
LOTUS HOSPITALITY, INC.

IT IS SO ORDERED.

Dated: February 3, 2006

_____
United States District Court Judge