**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRIOT AMERICAN HOSPITALITY, INC.,    No. C 05-3716 MMC ENE
et al.,

12                                          **ORDER OF DISMISSAL**

           Plaintiffs

13         v.

14 LOTUS HOSPITALITY, INC.

15         Defendant
                                         /

16

17      The parties having advised the Court that they have agreed to a settlement of the

18 above-titled action,

19      IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided,

20 however, that if any party hereto shall certify to this Court, within ninety days, with proof of

21 service of a copy thereon on opposing counsel, that the agreed consideration for the

22 settlement has not been delivered, the foregoing order shall stand vacated and the action

23 shall forthwith be restored to the calendar to be set for trial.

24      **IT IS SO ORDERED.**

25

Dated: April 12, 2006

26                                         MAXINE M. CHESNEY
                                          United States District Judge

27

28