1     AKIN GUMP STRAUSS HAUER & FELD LLP
       JOHN V. JANSONIUS (ADMITTED *PRO HAC VICE*)
2     1700 Pacific Avenue, Suite 4100
       Dallas, Texas 75201-4675
3     Telephone:     214-969-2800
       Facsimile:      214-969-4343
4

5     AKIN GUMP STRAUSS HAUER & FELD LLP
       HEATHER BURROR (SBN 205803)
6     580 California Street, Suite 1500
       San Francisco, California 94101
7     Telephone:     415-765-9500
       Facsimile:      415-765-9501

8     Attorneys for Plaintiffs
       PATRIOT AMERICAN HOSPITALITY, INC. and
9     WYNDHAM INTERNATIONAL OPERATING
       PARTNERSHIP, L.P.

10

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15     PATRIOT AMERICAN HOSPITALITY,       Case No. C 05-3716 MMC
       INC. and WYNDHAM INTERNATIONAL
16     OPERATING PARTNERSHIP, L.P.,

17               Plaintiffs,                ORDER GRANTING

18        v.                     **PLAINTIFFS' UNOPPOSED MOTION
                                         TO EXTEND CONDITIONAL ORDER**
19     LOTUS HOSPITALITY, INC., F/K/A                  **OF DISMISSAL**
       PRIME LODGING, INC.,
20
              Defendants.
21

22        Plaintiffs Patriot American Hospitality, Inc. and Wyndham International Operating Partnership,

23     L.P. move for continuation of the April 12, 2006 Conditional Order Of Dismissal for 30 days to

24     facilitate delivery of consideration for settlement agreed to at mediation.

25                                     I.

26        The consideration for settlement agreed to in mediation on April 6, 2006 has not been delivered

27     to Plaintiffs.  Plaintiffs state on information and belief that some of the consideration has been paid, but

28     other consideration required in the Agreement signed at mediation has not been satisfied.  All counsel

1

of record have been discussing this matter in good faith and Plaintiffs are confident that this matter will

be resolved between the parties.  Plaintiffs therefore ask that the Court's April 12, 2006 Conditional

Order Of Dismissal be continued for an additional 30 days.

II.

Counsel for Defendant Lotus Hospitality, Inc. is not opposed to this Motion.

WHEREFORE, Plaintiffs Patriot American Hospitality, Inc. and Wyndham International

Operating Partnership, L.P. pray that the Conditional Order Of Dismissal entered on April 12, 2006 be

continued for 30 additional days and that Plaintiffs be allowed until August 11, 2006 to notify the

Court if all consideration for settlement has not been received.

//

Dated: July 11, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP

By _John V. Jansonius / k.h____
John V. Jansonius

Attorneys for PATRIOT AMERICAN
HOSPITALITY, INC. and WYNDHAM
INTERNATIONAL OPERATING
PARTNERSHIP, L.P.

5942901

Dated: July 19, 2006



IT IS SO ORDERED

Judge Maxine M. Chesney

2

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CONDITIONAL ORDER OF DISMISSAL