| | |
|---|---|
| 1 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | JOHN V. JANSONIUS (ADMITTED *PRO HAC VICE*) |
| 2 | 1700 Pacific Avenue, Suite 4100 |
| | Dallas, Texas 75201-4675 |
| 3 | Telephone:    214-969-2800 |
| | Facsimile:    214-969-4343 |
| 4 | |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 5 | HEATHER BURROR (SBN 205803) |
| | 580 California Street, Suite 1500 |
| 6 | San Francisco, California 94101 |
| | Telephone:    415-765-9500 |
| 7 | Facsimile:    415-765-9501 |
| 8 | Attorneys for Plaintiffs |
| | PATRIOT AMERICAN HOSPITALITY, INC. and |
| 9 | WYNDHAM INTERNATIONAL OPERATING |
| | PARTNERSHIP, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PATRIOT AMERICAN HOSPITALITY, INC. and WYNDHAM INTERNATIONAL OPERATING PARTNERSHIP, L.P., | | Case No. C 05-3716 MMC |
| Plaintiffs, | | |
| v. | | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CONDITIONAL ORDER OF DISMISSAL |
| LOTUS HOSPITALITY, INC., F/K/A PRIME LODGING, INC., | | |
| Defendants. | | |

Having considered Plaintiffs' Motion to Extend this Court's Conditional Order of Dismissal and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

The Motion is hereby granted as follows:

(1) The Court's April 12, 2006 Conditional Order Of Dismissal is continued for an additional fourteen (14) calendar days to facilitate satisfaction of consideration for a settlement agreed to at mediation; and

1

(2) Plaintiffs shall be allowed until August 25, 2006 to notify the Court if all consideration for settlement has not been received.

///

///

///

Dated: August 15, 2006

_____
UNITED STATES DISTRICT JUDGE