```
 1  AKIN GUMP STRAUSS HAUER & FELD LLP
    JOHN V. JANSONIUS (ADMITTED PRO HAC VICE)
 2  1700 Pacific Avenue, Suite 4100
    Dallas, Texas 75201-4675
 3  Telephone:     214-969-2800
    Facsimile:     214-969-4343
 4
    AKIN GUMP STRAUSS HAUER & FELD LLP
 5  HEATHER BURROR (SBN 205803)
    580 California Street, Suite 1500
 6  San Francisco, California 94101
    Telephone:     415-765-9500
 7  Facsimile:     415-765-9501
 8  Attorneys for Plaintiffs
    PATRIOT AMERICAN HOSPITALITY, INC. and
 9  WYNDHAM INTERNATIONAL OPERATING
    PARTNERSHIP, L.P.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRIOT AMERICAN HOSPITALITY, INC. and WYNDHAM INTERNATIONAL OPERATING PARTNERSHIP, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>LOTUS HOSPITALITY, INC., F/K/A PRIME LODGING, INC.,<br><br>Defendants. | Case No. C 05-3716 MMC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CONDITIONAL ORDER OF DISMISSAL** |

Having considered Plaintiffs' Unopposed Motion to Extend this Court's Conditional Order of Dismissal and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

The Motion is hereby granted as follows:

(1) The Court's April 12, 2006 Conditional Order Of Dismissal is continued for an additional forty-five (45) calendar days to facilitate satisfaction of consideration for a settlement agreed to at mediation; and

5956135

1

(2) Plaintiffs shall be allowed until October 9, 2006 to notify the Court if all consideration for settlement has not been received.

Dated: August 31, 2006

_____
UNITED STATES DISTRICT JUDGE